# Order

Michigan Supreme Court
Lansing, Michigan

April 29, 2013

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano,
Justices

146029 & (17)(23)

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

                                                  SC: 146029
                                                  COA: 309054

DAMON S. BENTLEY, a/k/a DAMON
SHANTEZ BENTLEY, a/k/a DAMON
BENTLEY-EL,
              Defendant-Appellant.

Wayne CC: 02-002282-01

_____/

On order of the Court, the motion to add issue and the motion for miscellaneous relief are GRANTED. The application for leave to appeal the August 24, 2012 order of the Court of Appeals is considered, and it is DENIED, because the defendant's motion for relief from judgment is prohibited by MCR 6.502(G).



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

April 29, 2013
_____

s0422                                               Clerk